# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2682

_____

MARCUS EARL GRAY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

December 7, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marcus Earl Gray, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.